JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES T. KIRVIN, <br><br> Plaintiff, <br><br> v. <br><br> L. GRANT, et al., <br><br> Defendants. | Case No. CV 18-7998 AG (SS) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 28, 2019

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE